ORIGINAL

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

DEC 30 1998
CLERK, U.S. DISTRICT COURT

FILED
DEC 24 1998
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

U.S. Court of Appeals Docket Number: 97-56799
Lower Court Docket No.: CV-94-08195-LGB
Short Title: Lemberg v. Mitoma

LODGED
CLERK, U.S. DISTRICT COURT
DEC 29 1998
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ORDER

A review of the file in this case reveals that the appellant has failed to perfect the appeal as prescribed by the Federal Rules of Appellate Procedure.

Pursuant to Ninth Circuit Rule 42-1, this appeal is dismissed for failure to comply with the rules requiring processing the appeal to hearing.

A certified copy of this order sent to the district court, agency or Tax Court shall act as and for the mandate of this court.

ENTERED
CLERK, U.S. DISTRICT COURT
JAN - 6 1999
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

FOR THE COURT:

Cathy A. Catterson
Clerk of Court

By: Ed Manuel
Deputy Clerk

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
DEC 24 1998
by: _____
Deputy Clerk

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
___ FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.
DATE: 1/6/99

✓ COPIED
✓ ENTRY COPY PTYS
✓ MLD NOTICE PTYS ENTERED ON ICMS
✓ JS-6
JAN